IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO                    DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   41st District Court of El Paso County, Texas, Nancy Brito v. Wal-Mart Associates, Inc., Cause No. 2015-DCV-1562

2. Was jury demand made in State Court?   Yes [x]    No [ ]
   If yes, by which party and on what date?

   Plaintiff, Nancy Brito                           May 14, 2015
   Party Name                                       Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Nancy Brito, Plaintiff
   c/o her attorney of record
   Soraya Yanar Hanshew
   THE HANSHEW LAW FIRM, PLLC
   632 Moodale Dr.
   El Paso, Texas 79912
   (915) 491-6181/ (915) 996-9907 (Facsimile)

   Wal-Mart Associates, Inc., Defendant
   c/o its attorneys of record
   Rachel Z. Ullrich
   Allyn Lowell
   Ford Harrison LLP
   1601 Elm Street
   Dallas, TX 75201
   (214) 256-4712/ (214) 256-4701 (facsimile)

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   Not applicable.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   Not applicable.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Not Applicable

**VERIFICATION:**

*/s/ Rachel Ziolkowski Ullrich*

Rachel Ziolkowski Ullrich
Attorney for Removing Party

June 8, 2015
Date

Wal-Mart Associates, Inc., Defendant
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)