IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NANCY BRITO § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> WAL-MART ASSOCIATES, INC. § <br> § <br> Defendant. § <br> § | EP-15-cv-170 PRM |

## ENTRY OF APPEARANCE

## LOCAL COUNSEL

TO THE CLERK AND ALL PARTIES OF RECORD:

    COMES NOW, HENRY C. HOSFORD, Attorney at Law, of the law firm of Baskind and Hosford, P.C., duly licensed in the Western District of Texas, El Paso Division, and enters his appearance as local counsel on behalf of the Defendant, WAL-MART ASSOCIATES, INC. in the above entitled cause, pursuant to the Local Rules of the Western District of Texas and the Order to Retain Local Counsel (ECF No. 3).

    This Counsel requests that any further pleadings, orders or other notices from the Court be copied to this counsel in addition to all other counsel on behalf of the Defendant at:

Henry C. Hosford

BASKIND & HOSFORD, P.C.

300 E. Main Drive, Suite 908

El Paso, Texas 79901

Tel.: (915) 544-0737

Fax: (915) 533-5021

Email: hhosford@bh-ep.com

Respectfully Submitted,

BASKIND & HOSFORD, P.C.
300 E. Main Drive, Suite 908
El Paso, Texas 79901
(915) 544-0737
(915) 533-5021

HENRY C. HOSFORD
State Bar No. 10029150
hhosford@bh-ep.com

LARRY A. BASKIND
State Bar No. 01875500
lbaskind@bh-ep.com

APPROVED:

Rachel Z. Ullrich
Lead Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2015, a true and correct copy of the foregoing document was served via CM-ECF and certified mail, return receipt requested to:

Soraya Yanar Hanshew
The Hanshew Law Firm, PLLC
632 Moondale Dr.
El Paso, Texas  79912

HENRY C. HOSFORD